## JOWELL v. A. G. McADAMS LUMBER CO. et al. (No. 1705.)

(Court of Civil Appeals of Texas. Amarillo. Oct. 13, 1920. Rehearing Denied Nov. 3, 1920.)

Appeal and error ⬅338(2)—Amendment of statute limiting time for appeal to six months held applicable.

Where judgment was rendered May 2d, motion for new trial overruled May 12th, in which notice of appeal was given, application for writ of error, filed in the district court April 13th of the following year, was too late, under Rev. St. 1911, art. 2086, as amended by Acts 36th Leg. c. 85, giving six months after final judgment in which to apply for writ of error, which took effect June 17, 1919, 90 days after the adjournment of the Legislature, March 19th.

Error from District Court, Swisher County; R. C. Joiner, Judge.

Action between Gid Jowell and the A. G. McAdams Lumber Company and others. To review judgment for the latter, the former brings error, and defendants in error move to dismiss. Motion sustained, and writ of error dismissed.

H. C. Randolph, of Plainview, and W. F. Hendrix, of Tulia, for plaintiff in error.

Bean & Klett, of Lubbock, for defendants in error.

HUFF, C. J. The defendant in error moves to dismiss this appeal and writ of error on the ground that the writ of error was not sued out within the time required by article 2086, R. C. St., as amended by the Thirty-Sixth Legislature, chapter 85, p. 136. The judgment was rendered on May 2, 1919, and motion for new trial overruled May 12, 1919, in which notice of appeal was given. The application or petition for writ of error was filed in the district court on the 13th day of April, 1920, and citation issued and served on the defendants in error April 17, April 19, April 20, and May 5, respectively. The appeal bond was filed on April 13, 1920; the record was filed in this court June 23, 1920. The law, as amended by the Thirty-Sixth Legislature, gave six months after final judg-

ment is rendered in which to apply for a writ of error. The amendment was approved March 19, 1919, and took effect 90 days after adjournment of that session of the Legislature. The Legislature adjourned on the 19th day of March, 1919. The law, therefore, became effective June 17, 1919. Applying the rule adopted by the Supreme Court, the application was filed too late, and we are without jurisdiction. Odum v. Garner, 86 Tex. 374, 25 S. W. 18; Wright v. Hardie, 88 Tex. 653, 32 S. W. 885; Railway Co. v. Pruter, 220 S. W. 797. The motion will be sustained, and the writ of error dismissed.